**Hand-Delivered**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

WESTERN District of NORTH CAROLINA

JUL 30 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

_____ Division

Case No. 3:25-CV-561-KDB

*(to be filled in by the Clerk's Office)*

LUKE ANDRÉ HEMOND

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

CATAWBA COUNTY SHERIFF'S DEPT.
MR. DONALD BROWN
GASTON COUNTY SHERIFFS DEPT.
CHAD E. HAWKINS

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | *LUKE ANDRE HEMOND* |
| All other names by which you have been known: | *N/A* |
| ID Number | *CURRENTLY 401092* |
| Current Institution | *GASTON COUNTY DETENTION FAC. (MEDICAL)* |
| Address | *425 MARTIN LUTHER KING JR. WAY* |
| | *GASTONIA* *NORTH CAROLINA* ~~820~~ *28052* |
| | *City*  *State*  *Zip Code* |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | *CATAWBA COUNTY SHERIFF'S DEPT.* |
| Job or Title *(if known)* | *SHERIFF MR. DONALD BROWN* |
| Shield Number | |
| Employer | |
| Address | *P.O. BOX 385* |
| | *NEWTON*  *N.C.*  *28658* |
| | *City*  *State*  *Zip Code* |

☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | *GASTON COUNTY SHERIFF'S DEPT.* |
| Job or Title *(if known)* | *SHERIFF CHAD E. HAWKINS* |
| Shield Number | |
| Employer | |
| Address | *425 MARTIN LUTHER KING JR. WAY* |
| | *GASTONIA*  *N.C.*  *28052* |
| | *City*  *State*  *Zip Code* |

☐ Individual capacity  ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity  ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) TITLE II OF THE AMERICANS WITH DISABILITIES ACT 1990. 42.U.S.C
2) 504 OF THE REHABILITION ACT 1973   29 U.S.C. § 794
3) DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT

ARISING FROM DEFENDANT'S FAILURE TO PROVIDE A WHEELCHAIR ACCESSIBLE VAN.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

DEFENDANTS NAMED HERE, IN THE SERVICE OF TRANSPORTING INMATES PROVIDED FOR, AND ADMINISTERED BY SHERIFF'S DEPT. OF SAID COUNTIES, HAD A LEGAL OBLIGATION TO ELIMINATE BARRIER'S TO GOVERNMENT SERVICES THAT CONFRONT INCARCERATED PEOPLE W/ DISABILITIES. PLAINTIFF HAS BEEN DENIED "REASONABLE ACCOMMODATION" IN LIGHT OF HIS DISABILITY TO ENABLE MEANINGFUL ACCESS TO THIS SERVICE.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X] Pretrial detainee

NOTE: TIME PERIOD OF EVENTS ARE BETWEEN THE DATES OF TUES. MARCH 20 - 2024, TO PRESENT. I WAS IN CATAWBA COUNTY JURISDICTION BUT BEING HELD IN RALEIGH. STATE DROPPED MY CASE AND WAS NOW IN FEDERAL JURISDICTION AS OF MONDAY MAY 5th 2025. UNDER CONTRACT-UAL AGREEMENT, HOUSED IN THE GASTON COUNTY DETENTION FACILITY. TRANSPORT WAS OVERSEEN BY GASTON COUNTY.

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Part 1*

PART 1 OF MY CLAIM ADDRESSES THE TRANSPORTING OF PARAPLEGIC IN-MATE. MOST ENCOUNTERS WERE IN THE SALLYPORT OF THE FACILITIES. CONSIDERED TO BE "OUTSIDE" OF THE INSTITUTION. THE TIME-LINE OF EVENTS LABELED: TRANSPORTATION IS HEREIN ATTACHED.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Part 2*

PART 2 OF MY CLAIM ADDRESSES NON-COMPLIANCE W/ ADA SAFETY REQUIREMENTS. BOTH CATAWBA AND GASTON COUNTIES MEDICAL UNITS FAILED TO BE IN COMPLIANCE. SPECIFICALLY GASTON COUNTY. THE TIME-LINE OF EVENTS LABELED: GRIEVANCES IS HEREIN ATTACHED.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

ON MARCH 20, 2024 APPROX. 1: PM, I WAS ARRESTED AT MY HICKORY RESIDENCE FOR A PROBATION VIOLATION. AFTER BEING HANDCUFFED, OFFICER OSBOURNE MADE A SUDDEN STOP AND I FELL FORWARD OUT OF MY WHEELCHAIR, WITH NO WAY TO BRACE MY FALL, I INJURED MY RIGHT SHOULDER. SEE D-1

D.    What are the facts underlying your claim(s)?   *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

APPROX. 2:30 PM, I WAS TRANSPORTED BY AMBULANCE TO FRYE MEDICAL CENTER FOR X-RAYS AND WAS SEEN BY A DOCTOR. WAS PRESCRIBED A PAIN MEDICATION AND GIVEN AN ARM SLING AND ADVISED TO WEAR IT FOR A PERIOD OF 72 HOURS. AFTER BEING DISCHARGED APPROX. 4 PM, I WAS TAKEN BY WHEELCHAIR TO AN AWAITING FORD EXPEDITION POLICE SUV.   IN NOVEMBER OF 2024 - I WAS BILLED 300.00 FOR THE AMBULANCE SERVICE WHICH I AM CURRENTLY PAYING. I WAS MADE TO REMOVE THE SLING AGAINST DOCTOR'S ORDER.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I WAS TOLD BY THE OFFICER THAT I MUST GET INTO THE BACK SEAT OF THE PATROL VEHICLE. I MADE AWARE TO HIM THAT I WAS PARALYZED AND WOULD NEED A WHEELCHAIR ACCESSIBLE VAN W/ A LIFT. HE SAID " WE DON'T HAVE ONE OF THOSE". I EXPLAINED TO HIM THERE WAS POTENTIAL RISK OF FALL AND WITH A BAD SHOULDER, MORE INJURY. HE TOLD ME TO TAKE OFF THE SLING AND DO THE BEST I CAN. HE SAID HE WOULD HELP. I SUGGESTED AN AMBULANCE. HE SAID "THATS NOT GONNA HAPPEN" THAT WAS THE BEGINNING OF A SERIES OF VIOLATIONS UNDER PART ONE OF MY GRIEVANCE REGARDING TRANSPORTATION      (SEE ATTACHED)

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT THE COUNTY/COUNTIES TO RETROFIT THEIR "HANDICAP" CELLS SUCH THAT THEY MEET ADA REQUIREMENTS, THIS INCLUDES GASTON COUNTY MED-ICAL WING, SHOWER FOR THE ELDERLY AND DISABLED (SEE D1A C.1) I WANT MONETARY COMPENSATION FOR INJURIES, NEGLECT AND ONGOING HUMILIATION AS TO THE INADAQUATE WAY I WAS TREATED DURING TRAN-SPORTATION. I WANT THE COURTS TO REPRIMAND THE COUNTIES FOR FAILURE TO PROVIDE A HANDICAP VAN W/ A LIFT. I WANT TO BE COMPENSATED FOR COURT COST AND ON-GOING MEDICAL CARE AS A DIRECT RESULT OF NEGLIGENCE AND DELIBARATE INDIFFERENCE. I'LL LET A JURY DECIDE. I WILL BE OBTAINING MORE MEDICAL RE-CORDS, SPECIFICALLY, GASTON COUNTY DETENTION. I AM CURRENTLY IN IRWIN COUNTY GEORGIA UNDERGOING WOUND CARE.

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CATAWBA COUNTY DETENTION FAC.
GASTON COUNTY DETENTION FAC.
(SEE ATTACHED)

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes          PLEASE SEE ATTACHED

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[X] No          I HAD NO RESULTS TO ANY OF MY REQUESTS.

[ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes   SEVERAL LETTERS, GRIEVANCE FORMS
☐ No     AND MANY VERBAL PLEAS.
             (SEE ATTACHED)

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance: THE FIRST OF THESE ONLY ADDRESSED TRANSPORTATION

1. Where did you file the grievance?

I INITIALLY WROTE 2 LETTERS ON FRIDAY APRIL 18 FROM THE RALEIGH STATE PRISON (CENTRAL) WHERE I WAS BEING HELD AS A SAFE KEEPER. ONE LETTER WENT TO MY ATTORNEY MICHELLE LIPPERT AND ONE TO THE CATAWBA COUNTY SHERIFF ADMINISTRATIVE REGARDING TRANSPORTATION. BOTH THESE LETTERS WENT OUT SUNDAY APRIL 20, 2024 AT 8:15 PM.

2. What did you claim in your grievance?                    (SEE PG 39)

THE ONE TO THE ATTORNEY EXPOUNDED ON THE ISSUE OF OUR CONVER-SATION WE HAD IN COURT WED. APRIL 16. IT WAS ABOUT FINDING AN ADA VAN W/A LIFT. THE OTHER LETTER ADDRESSED THE SAME ISSUE. I EXPLAINED TO THEM THAT I WAS BEING DENIED A DUE PROCESS TO "REASONABLE ACCOMMODATIONS." I REQUESTED THAT PERHAPS THEY CAN BORROW ONE FROM ANOTHER COUNTY. PG 39

3. What was the result, if any?

IN MY LETTER TO MY ATTORNEY, I MENTIONED HOW EVEN WITH COURT AP-PROVAL I WAS NOT ABLE TO TAKE POSSESSION OF MY W/C WHEN I ARRIVED IN RALEIGH. NO RESULT REGARDING TRANSPORTATION. I DID NOT HEAR FROM THE COUNTY IN RESPONSE TO MY LETTER. MY ATTORNEY, VIA THE TELEPHONE, DID SAY SHE WOULD LOOK INTO IT.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

IN REGARDS TO THE TRANSPORTATION, I MADE SEVERAL VERBAL REQUEST BUT THEY SIMPLY SAID "WE DONT HAVE AN ADA VAN." I BROUGHT THE ISSUE UP AGAIN. WENT TO GASTON COUNTY AND FILED SEVERAL GRIEVANCES BOTH ON PAPER AND ELECTRONICALLY VIA THE INMATE TABLET. ALSO WROTE SEVERAL LETTERS TO ADMINISTRATION ALL DATED JUNE 21 2025. ONE TO SHERIFF DONALD BROWN OF CATAWBA COUNTY, ONE TO CHAD HAWKIN SHERIFF OF GASTON COUNTY AND ONE TO STATE ATTORNEY GENERAL MR. JEFF JACKSON. SO FAR... NO RESPONSE. SEE 35-39

Page 7 of 11

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

PART 1 OF MY COMPLAINT WHICH ADDRESSES THE TITLE II ADA VIOLATION OF REASONABLE ACCOMMODATION AND MEANINGFUL ACCESS, IS ONGOING. THE ADA NON-COMPLIANCE TO THE CONDITIONS OF WHEELCHAIR HOUSING IS HEREIN LABELED PRT 2.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*   SEE ATTACHED

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☒   No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit

         Plaintiff(s) _____

         Defendant(s) _____

     2.   Court *(if federal court, name the district; if state court, name the county and State)*

         _____

     3.   Docket or index number

         _____

     4.   Name of Judge assigned to your case

         _____

     5.   Approximate date of filing lawsuit

         _____

     6.   Is the case still pending?

         ☐   Yes

         ☐   No

         If no, give the approximate date of disposition. _____

     7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

         _____

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *NO*

☐ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *July 20, 2025*

Signature of Plaintiff    *Luke A. Hemond*

Printed Name of Plaintiff    *LUKE ANDRE HEMOND*

Prison Identification #    *CURRENTLY: 0061992*

Prison Address    *132 COTTON DR. IRWIN COUNTY DETENTION FAC.*

*OCILLA              GA.*
|  City  |  State  |  Zip Code  |

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
|  City  |  State  |  Zip Code  |

Telephone Number    _____

E-mail Address    _____